UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FAYED, | No. 2:25-cv-2828 AC P |
| Plaintiff, | |
| v. | ORDER |
| SECRETARY OF CDCR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion requesting the referral of this case to a magistrate judge be vacated. ECF No. 7. The contents of this filing suggest that the recently filed form to consent or decline magistrate judge jurisdiction may have been submitted in error. The form will therefore be stricken, and plaintiff shall be given an opportunity to resubmit the form.

Plaintiff's motion further indicates a belief that if the case is assigned to a district judge, all motions will be considered by the district judge in the first instance. Plaintiff is advised that even if a district judge is assigned to this case, the Local Rules of this court refer all prisoner cases to magistrate judges for pretrial purposes. Even in the absence of consent jurisdiction (which would permit the undersigned magistrate judge to conduct all proceedings up to and including trial, without any involvement by a district judge) the undersigned will still be responsible for addressing dispositive and non-dispositive motions and matters prior to trial.

1

Local Rule 302(c)(17). Resolution of non-dispositive matters will be by order, while dispositive matters will be addressed in findings and recommendations submitted to the assigned district judge. 28 U.S.C. § 636(b)(1). The district judge would be the trial judge.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to vacate referral to a magistrate judge (ECF No. 7) is construed as a notice of errata;

2. The Clerk of the Court is directed to STRIKE the form to consent or decline magistrate judge jurisdiction filed October 16, 2025 (ECF No. 6) as filed in error;

3. The Clerk of the Court is directed to serve plaintiff with the form to consent or decline magistrate judge jurisdiction; and

4. Plaintiff shall return a completed form within thirty days.

DATED: October 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2